UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAUNCEY HARRISON,

    Plaintiff,

v.

RUSSEL and GARNER,

    Defendants.
_____/

CIVIL ACTION NO. 05-74587

DISTRICT JUDGE GEORGE CARAM STEEH

MAGISTRATE JUDGE DONALD A. SCHEER

## ORDER GRANTING IN PART
## PLAINTIFF'S MOTION FOR APPOINTMENT
## OF COUNSEL AND REFERRING
## CASE TO PRO BONO PANEL

    This matter is before the magistrate judge for All Pretrial Proceedings. On March 12, 2007, Plaintiff filed a Motion for Appointment of Counsel. Plaintiff filed this action pro se, and seeks the appointment of counsel to assist him at trial. Civil litigants are not entitled to the appointment of counsel at public expense. This Court has no funds with which to pay attorneys to represent parties in civil cases. The Court does, however, have a Pro Bono Committee for the purpose of seeking licensed attorneys to represent civil litigants on a voluntary basis.

    IT IS THEREFORE ORDERED that this case be referred to the Pro Bono Committee. If the Committee determines that there is a lawyer available to assist Plaintiff on a voluntary basis, the Court requests that an Appearance be filed on or before May 31, 2007. Otherwise, the Court will assume that no volunteer attorney is available, and the case will be reported to the district judge as ready for trial. Plaintiff is advised that this

referral does not guarantee that a lawyer will agree to review his case or enter an appearance. He is well advised, therefore, to seek the assistance of counsel on his own.

    So Ordered.

                                    s/Donald A. Scheer
                                    DONALD A. SCHEER
                                    UNITED STATES MAGISTRATE JUDGE

DATED: April 11, 2007

_____

### CERTIFICATE OF SERVICE

    I hereby certify on April 11, 2007 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on April 11, 2007. **Chauncey Harrison.**

                                    s/Michael E. Lang
                                    Deputy Clerk to
                                    Magistrate Judge Donald A. Scheer
                                    (313) 234-5217